IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-65-M-DWM |
| Plaintiff, | ORDER |
| vs. | |
| FELIPE MICHAEL GARZA, | |
| Defendant. | |

In anticipation of the November 3, 2025 jury trial set in the above-entitled matter, IT IS HEREBY ORDERED that the Clerk of Court may provide meals for the jurors during their deliberations in the above-entitled case.

DATED this 31st day of October, 2025.

_____
Donald W. Molloy, District Judge
United States District Court